```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

TERRELL FORTH,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

1:21-cv-8298 (NLH)

**MEMORANDUM OPINION & ORDER**

**APPEARANCES**:

Terrell Forth
01279267
Atlantic County Justice Facility
5060 Atlantic Avenue
Mays Landing, NJ 08330

    Petitioner pro se

Rachael A. Honig, Acting United States Attorney
Diana V. Carrig, Assistant United States Attorney
U.S. Attorney's Office
401 Market Street
4th Floor
P.O. Box 2098
Camden, NJ 08101

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the

petition within 45 days on July 7, 2021, see ECF No. 3; and

WHEREAS, the 45-day period to respond ended on August 23, 2021; and

WHEREAS, Respondent has not filed its answer to date,

THEREFORE, IT IS on this  21st  day of September , 2021

ORDERED that within 14 days of this Order, Respondent shall show cause in writing why the petition should not be granted; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.